# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VILLA ARELLANO,<br><br>    Petitioner,<br><br>    v.<br><br>F. GONZALEZ, Warden,<br><br>    Respondent. | Case No. CV 10-5591 R (JCG)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

Dated: January 3, 2011

_____
HON. MANUEL REAL
UNITED STATES DISTRICT JUDGE